UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| DAVID ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:17-cv-26-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| RODNEY BALLARD, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58 it is **ORDERED** and **ADJUDGED** that:

1. **JUDGMENT** is entered in favor of the Defendants with respect to Plaintiff's claims arising under federal law, including 42 U.S.C. § 1983 and the United States Constitution. Plaintiff's remaining state law claims are **REMANDED** to the Franklin Circuit Court;

2. This matter is **DISMISSED** and **STRICKEN** from the Court's docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 16th day of March, 2018.

Gregory F. Van Tatenhove
United States District Judge